BARNES v. EVANS

No. 220A89

Case below: 102 N.C.App. 428

Petition by plaintiffs pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 2 October 1991.

BURNS, DAY & PRESNELL v. LOWDER

No. 408P91

Case below: 103 N.C.App. 664

Petitions by defendants (W. Horace Lowder, Jeanne R. Lowder and Lois Lowder Hudson) for discretionary review pursuant to G.S. 7A-1 denied 2 October 1991.

COLSON & COLSON CONSTRUC. CO. v. MAULTSBY

No. 394P91

Case below: 103 N.C.App. 424

Petition by defendants for discretionary review (treated as a petition for writ of certiorari) pursuant to G.S. 7A-31 denied 2 October 1991. Motion by plaintiff to dismiss appeal dismissed as moot 2 October 1991.

CREWS v. N.C. DEPT. OF TRANSPORTATION

No. 351P91

Case below: 103 N.C.App. 372

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

DOE v. HOLT

No. 379PA91

Case below: 103 N.C.App. 516

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 2 October 1991.